**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Nevada _____
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
| --- | --- |

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☑ Chapter 11

| Part 2: | Identify the Debtor |
| --- | --- |

**2. Debtor's name**

Epica Human Health LLC, a Nevada limited liability company

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____
_____
_____

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

8 5 – 3 8 6 1 2 9 4
EIN

**5. Debtor's address**

**Principal place of business**

19810 Asheville Highway, Suite 101
Number      Street

_____

Landrum      SC   29356
City            State   ZIP Code

Carson
County

**Mailing address, if different**

c/o Registered Agents Inc.
Number      Street

732 S. 6th Street, Suite R
P.O. Box

Las Vegas      NV   89101
City            State   ZIP Code

**Location of principal assets, if different from principal place of business**

701 S. Carson Street, Suite 200
Number      Street

_____

Carson City      NV   89701
City            State   ZIP Code

Debtor  Epica Human Health LLC, a Nevada limited liability company  Case number (*if known*)_____
  _____
  Name

---

**6.  Debtor's website** (URL)  _____

---

**7.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other type of debtor. Specify: _____

---

**8.  Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the types of business listed.

☐ Unknown type of business.

---

**9.  To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☐ No

☑ Yes. Debtor _Epica International, Inc._____  Relationship _Parent_____

District _Nevada_____ Date filed _06/04/2026___  Case number, if known_____
                                          MM / DD / YYYY

Debtor _____  Relationship _____

District _____ Date filed _____  Case number, if known_____
                                          MM / DD / YYYY

---

**Part 3:    Report About the Case**

---

**10.  Venue**

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11.  Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12.  Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor  Epica Human Health LLC, a Nevada limited liability company    Case number (if known)_____
                Name

| 13. **Each petitioner's claim** | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Devdend LLC | Undelivered Goods | $ 954,482.17 |
| | _____ | _____ | $ _____ |
| | _____ | _____ | $ _____ |
| | | Total of petitioners' claims | $ 954,482.17 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

| Part 4: | Request for Relief |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|

**Name and mailing address of petitioner**

Devdend LLC
Name

43 Guayacan Haciendas Del Dorado
Number    Street

Toa Alta        PR        00953
City        State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Sanjeev Kaila, M.D.
Name

43 Guayacan Haciendas Del Dorado
Number    Street

Toa Alta        PR        00953
City        State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/04/2026
            MM  / DD / YYYY

DocuSigned by:

✘ _____
AB9C207C20F2402...
Signature of petitioner or representative, including representative's title

Norma Guariglia
Printed name

Harris Law Practice LLC
Firm name, if any

850 E. Patriot Blvd., Suite F
Number    Street

Reno            NV        89511
City            State        ZIP Code

Contact phone    775-786-7600  Email norma@harrislawreno.com

Bar number    16244

State    NV

✘    /s/ Norma Guariglia
_____
Signature of attorney

Date signed    06/04/2026
            MM  / DD / YYYY

Debtor      Epica Human Health LLC, a Nevada limited liability company    Case number *(if known)* _____

<u>Name</u>

---

**Name and mailing address of petitioner**

_____
Name

_____
Number     Street

_____
City                          State              ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number     Street

_____
City                          State              ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
                            MM  / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number     Street

_____
City                          State              ZIP Code

Contact phone  _____     Email _____

Bar number  _____

State     NV_____

✖ _____
Signature of attorney

Date signed  _____
                            MM  / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number     Street

_____
City                          State              ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number     Street

_____
City                          State              ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
                            MM  / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number     Street

_____
City                          State              ZIP Code

Contact phone  _____     Email _____

Bar number  _____

State     _____

✖ _____
Signature of attorney

Date signed  _____
                            MM  / DD / YYYY

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 4

HARRIS LAW PRACTICE LLC
STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
NORMA GUARIGLIA, ESQ.
Nevada Bar No. 16244
850 E. Patriot Blvd, Suite F
Reno, Nevada 89511
Telephone:  (775) 786-7600
Email: steve@harrislawreno.com
Email: norma@harrislawreno.com
Attorneys for Devdend LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| IN RE: | Case No. BK<br>Chapter 11 |
| EPICA HUMAN HEALTH LLC,<br>a Nevada limited liability company, | **CORPORATE OWNERSHIP**<br>**STATEMENT (FRBP 7007.1)** |
|      Alleged Debtor.<br>_____/ | Hearing Date:   N/A<br>Hearing Time: |

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Devdend LLC ("Devdend"), a petitioning creditor herein in the above-captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of Devdend's equity interests, or states that there are no entities to report under FRBP 7007.1:

Southpac Trust International Inc. as Trustee

Respectfully submitted June 4, 2026.

HARRIS LAW PRACTICE LLC

*/s/ Norma Guariglia*_____
NORMA GUARIGLIA
Counsel for Devdend LLC