NVB 250E (Rev. 3/25)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

EPICA HUMAN HEALTH LLC, A NEVADA LIMITED
LIABILITY COMPANY

BK−26−50579−hlb
CHAPTER 11

Alleged Debtor(s)

SUMMONS TO DEBTOR
IN INVOLUNTARY CASE

**To the above named alleged debtor(s):**

A petition under title 11, United States Code was filed against you on 6/4/26 in this bankruptcy court, requesting an order for relief under chapter 11 of the Bankruptcy Code (Title 11 of the United States Code).

**YOU ARE SUMMONED** and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of the summons. A copy of the petition is attached.

Address of the Clerk:

Clerk, U.S. Bankruptcy Court
C. Clifton Young Federal Building and U.S. Courthouse
300 Booth Street
Reno, NV 89509

At the same time, you must also serve a copy of the motion or answer upon the petitioner/petitioner's attorney.

Name and Address of Petitioner/Petitioner's Attorney:

NORMA GUARIGLIA
850 E. PATRIOT BLVD, SUITE F
RENO/NV/89511

NVB 250E (Rev. 3/16)

A status conference will be held regarding the involuntary petition. Petitioning creditor(s) are required to appear at the status conference.

| **Telephonic Hearing Information** | |
| --- | --- |
| United States Bankruptcy Court | |
| Courtroom of the Honorable HILARY L. BARNES | |
| Date: | 7/14/26 |
| Time: | 01:30 PM |
| Hearing Phone Number: | (833) 435–1820 |
| Hearing Meeting ID: | 160 532 0260 |
| Hearing Passcode: | 643758# |

If you make a motion, your time to serve an answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Dated: 6/8/26



Dan Owens
Clerk of Court

\* Set forth all names, including trade names, used by the debtor within the last 6 years. (Fed. R. Bankr. P. 1005).

NVB 250E (Rev. 3/16)

# CERTIFICATE OF SERVICE

IN RE:                                                    BK−26−50579−hlb
                                                         CHAPTER 11
EPICA HUMAN HEALTH LLC, A NEVADA LIMITED
LIABILITY COMPANY

                                                         SUMMONS TO DEBTOR
                                                         IN INVOLUNTARY CASE

                    Alleged Debtor(s)

_____

I,      _____
                    *[name]*
of ** _____

_____

_____

certify:

\*      That I am, and at all times during the service of process, was not less than 18 years of age;

\*      That on the _____ day of _____, 20\_\_\_ I served a copy of the within summons, together with the petition filed in this case, on the debtor in this case by:

*[describe here the mode of service]*
_____

_____

_____

to the said debtor at:

_____

_____

_____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: _____          Signature:_____
                    *[Date]*                                              *[Signature]*
\*\*State mailing address