**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>EPICA HUMAN HEALTH LLC,<br>a Nevada limited liability company,<br><br>Alleged Debtor. | Chapter 11 Bankruptcy<br>Case No. 26-50579 |

**AMENDED NOTICE OF APPEARANCE AND**
**REQUEST FOR COPIES OF PLEADINGS AND ORDERS**

**PLEASE TAKE NOTICE** that the undersigned counsel ("Counsel") hereby enters his appearance for NextGen Imaging and Robotics, LLC in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in the above-captioned case.  Counsel also requests, pursuant to Bankruptcy Rules 2002, that copies of all notices and pleadings given or required to be given in this case and copies of all papers served or required to be served in this case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), pleadings, motions, and orders be given and served upon NextGen Imaging and Robotics, LLC through service upon Counsel, at the address, telephone, and facsimile numbers set forth below:

Paul M. Rosenblatt, Esq.
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4528
Telephone: (404) 815-6321
Facsimile: (404) 541-3373
Email:  prosenblatt@ktslaw.com

**PLEASE TAKE FURTHER NOTICE** that neither this Request nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any of the rights including, without limitation, to (i) have final judgments and final orders entered by an Article III judge in any matters that constitutionally can be finally adjudicated only by an Article III judge unless all parties consent to final adjudication by a non-Article III judge, (ii) trial by jury in this proceeding, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which a party may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.  The filing of this Request shall not constitute acceptance of personal service for any contested matters or adversary proceedings.

Dated:  June 12, 2026

By:  *Paul M. Rosenblatt*
Paul M. Rosenblatt (GA Bar No. 614522)
(admitted *pro hac vice*)
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4528
Telephone: (404) 815-6321
Facsimile: (404) 541-3373
Email: prosenblatt@ktslaw.com

*Counsel for NextGen Imaging and Robotics, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of June, 2026, a true and correct copy of the foregoing was served by electronic transmission upon all parties eligible to receive service through this Court's CM/ECF system.

*/s/ Paul M. Rosenblatt*
Paul M. Rosenblatt
