HARRIS LAW PRACTICE LLC
STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
NORMA GUARIGLIA, ESQ.
Nevada Bar No. 16244
850 E. Patriot Blvd, Suite F
Reno, Nevada 89511
Telephone: (775) 786-7600
Email: steve@harrislawreno.com
Email: norma@harrislawreno.com

Attorneys for Devdend LLC,
Advanced Imaging, LLC, and
Sanjeev Kaila, M.D.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| IN RE: | Case No. BK-26-50580-hlb<br>Chapter 11 (Involuntary) |
| EPICA INTERNATIONAL, INC.,<br>a Nevada corporation, | **DECLARATION OF ROBERT EPSTEIN IN SUPPORT OF OPPOSITION TO EX PARTE MOTION FOR ORDER SHORTENING TIME ON MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Alleged Debtor. | |
| _____/ | Hearing Date:  N/A<br>Hearing Time: |

I, Robert Epstein, declare as follows:

1.      I am over 18 years old and am mentally competent. Except as otherwise indicated, all facts set forth in this Declaration are based on: (a) my personal knowledge, (b) information supplied to me by members of Epica International, Inc.'s ("**Epica**") and Epica Human Health LLC's ("**Epica HH**," and with Epica, collectively the "**Alleged Debtors**") management or professionals, (c) my review of relevant documents, or (d) my opinion based on my past experience and my experience and knowledge.

2.      If called to testify, I could and would testify to the facts set forth in this Declaration.

3.    I am an attorney licensed to practice in the State of California. I provide general legal counsel services to the Petitioning Creditors, Devdend LLC, Advanced Imaging, LLC, and Sanjeev Kaila, M.D.

4.    I have read the *Opposition to Ex Parte Motion for Order Shortening Time on Motion for Relief from Automatic Stay* ("**Opposition**") and attest that its factual contents are true and correct to the best of my knowledge, information, and belief.

5.    Prior to June 4, 2026, I communicated with Alleged Debtors chief executive officer, and with certain financial advisers and other professionals to discuss Alleged Debtors' current financial status, business operations, and potential reorganization possibilities. Through those conversations, and related exchanges of emails and documents, I learned of the relevant facts described in the Opposition.

6.    I have personal knowledge that subject to an agreement with Alleged Debtors for commercially reasonable terms, the Petitioning Creditors can obtain debtor-in-possession financing for Alleged Debtors to fund critical business operations and this chapter 11 case, in order to preserve the estate's value for the benefit of all interested parties, including general unsecured creditors.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated June 16, 2026.

/s/ Robert Epstein
Robert Epstein

HARRIS LAW PRACTICE, LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

### CERTIFICATE OF SERVICE

On June 16, 2026, the foregoing document was served via ECF automated system to all parties registered with ECF in this case on the date and time I filed the document with the Court's ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated June 16, 2026.

*/s/ Norma Guariglia*

_____
Norma Guariglia

HARRIS LAW PRACTICE, LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

3