HARRIS LAW PRACTICE LLC
STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
NORMA GUARIGLIA, ESQ.
Nevada Bar No. 16244
850 E. Patriot Blvd, Suite F
Reno, Nevada 89511
Telephone:  (775) 786-7600
Email: steve@harrislawreno.com
Email: norma@harrislawreno.com

Attorneys for Devdend LLC,
Advanced Imaging, LLC, and
Sanjeev Kaila, M.D.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| IN RE: | Case No. BK-26-50580-hlb<br>Chapter 11 (Involuntary) |
| EPICA INTERNATIONAL, INC.,<br>a Nevada corporation, | **DECLARATION OF NORMA GUARIGLIA IN SUPPORT OF OPPOSITION TO MOTION FOR ORDER SHORTENING TIME** |
| Alleged Debtor. | Hearing Date:   N/A<br>Hearing Time: |
| _____/ | |

I, Norma Guariglia, declare as follows:

1.    I am over 18 years old and am mentally competent. Except as otherwise indicated, all facts set forth in this Declaration are based on: (a) my personal knowledge, (b) information supplied to me by members of my clients' management or professionals, (c) my review of relevant documents, or (d) my opinion based on my past experience and my experience and knowledge.

2.    If called to testify, I could and would testify to the facts set forth in this Declaration.

3.    I am an attorney licensed to practice in the State of Nevada. I represent Petitioning Creditors, Devdend LLC, Advanced Imaging, LLC, and Sanjeev Kaila, M.D. in this action.

HARRIS LAW PRACTICE, LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
TELEPHONE:  (775) 786-7600

1

4. On Monday, June 15, 2026, at 2:00 p.m. (PT) I spoke with counsel for the Alleged Debtors, Lou Bubala, for the first time with respect to this case. At that time, I advised Mr. Bubala that my clients, through a related entity, were willing and able to provide debtor-in-possession financing to the Alleged Debtors and that I believed they had offered to loan the Alleged Debtors around $4 million previously.

5. Mr. Bubala did not ask me to provide any other details about the proposed DIP loan or proof of funding and said he would speak with his clients. I never heard back from Mr. Bubala with any other inquiries about the proposed DIP financing.

6. I have personally seen a letter from an Executive Director for J.P. Morgan Private Bank, confirming sufficient funds exist on deposit for the parties who would provide money for the DIP financing. I have also seen the relevant credit line commitment letter to DIP Holdings, LLC, an entity formed solely for this purpose on May 21, 2026, who would be the actual DIP lender. Robert Epstein, general counsel for Petitioning Creditors, has also advised me that the relevant parties could provide the DIP funding immediately.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated June 17, 2026.


_/s/ Norma Guariglia_
Norma Guariglia

## CERTIFICATE OF SERVICE

On June 17, 2026, the foregoing document was served via ECF automated system to all parties registered with ECF in this case on the date and time I filed the document with the Court's ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated June 17, 2026.


/s/ Norma Guariglia

_____
Norma Guariglia

HARRIS LAW PRACTICE, LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

3