HARRIS LAW PRACTICE LLC
STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
NORMA GUARIGLIA, ESQ.
Nevada Bar No. 16244
850 E. Patriot Blvd, Suite F
Reno, Nevada 89511
Telephone:  (775) 786-7600
Email: steve@harrislawreno.com
Email: norma@harrislawreno.com

Attorneys for e-Possible, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| IN RE: | Case No. BK-26-50580-gs<br>Chapter 11 (Involuntary) |
| EPICA INTERNATIONAL, INC.,<br>a Nevada corporation, | **JOINDER IN INVOLUNTARY PETITION** |
| Alleged Debtor. | Hearing Date:    June 26, 2026<br>Hearing Time:   10:00 a.m. |
| _____/ | |

e-Possible, Inc. ("**ePossible**"), an unsecured creditor of Epica International, Inc. (the "**Alleged Debtor**"), hereby joins in the Involuntary Petition filed against the Alleged Debtor on June 4, 2026, pursuant to 11 U.S.C. § 303(c).

**STATEMENT OF JOINDER**

1.      On June 4, 2026, Devdend LLC, Advanced Imaging, LLC, and Sanjeev Kaila, M.D. (collectively, the "**Petitioning Creditors**") filed an Involuntary Petition under Chapter 11 of the Bankruptcy Code against the Alleged Debtor.

2.      ePossible is a holder of an unsecured claim against the Alleged Debtor that is not contingent as to liability or the subject of a bona fide dispute as to liability or amount.

3.      ePossible's claim against the Alleged Debtor arises from professional information technology services performed by ePossible for the Alleged Debtor, for which the Alleged Debtor

has failed to pay.

4. The amount of ePossible's unsecured claim against the Alleged Debtor exceeds $11,500.

5. ePossible's mailing address is 16755 Von Karman Ave., Suite 200, Irvine, CA 92606 and 4000 Barranca Pkwy, Suite 250, Irvine, CA 92604.

6. ePossible is not an employee or insider of the Alleged Debtor, as those terms are defined in 11 U.S.C. § 101.

7. ePossible has not transferred or acquired its claim against the Alleged Debtor for the purpose of commencing an involuntary case.

8. ePossible joins in the Involuntary Petition with the same effect as if ePossible were a petitioning creditor under 11 U.S.C. § 303(b) 11 USCS § 303.

9. The case against the Alleged Debtor has not been dismissed, and relief has not been ordered as of the date of this Joinder.

### CONCLUSION

ePossible respectfully requests that this Court accept this Joinder and treat ePossible as a petitioning creditor in this involuntary case with the same effect as if ePossible had been an original petitioning creditor under 11 U.S.C. § 303(b).

Respectfully submitted June 23, 2026.

HARRIS LAW PRACTICE LLC

*/s/ Norma Guariglia*
NORMA GUARIGLIA
Counsel for e-Possible, Inc.

HARRIS LAW PRACTICE, LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

2

**VERIFICATION**

I, Jeff Ghaffari, President for e-Possible, Inc., named in the foregoing JOINDER IN INVOLUNTARY PETITION, swear under penalty of perjury that the factual statements stated therein are true and correct to the best of my knowledge, information, and belief.

Dated June 23, 2026.

e-Possible, Inc.

By: _____
Its: President

HARRIS LAW PRACTICE, LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

3

**CERTIFICATE OF SERVICE**

On June 23, 2026, the foregoing document was served via ECF automated system to all parties registered with ECF in this case on the date and time I filed the document with the Court's ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated June 23, 2026.

/s/ Norma Guariglia

_____
Norma Guariglia

HARRIS LAW PRACTICE, LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
TELEPHONE:  (775) 786-7600

4