HARRIS LAW PRACTICE LLC
STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
NORMA GUARIGLIA, ESQ.
Nevada Bar No. 16244
850 E. Patriot Blvd, Suite F
Reno, Nevada 89511
Telephone:  (775) 786-7600
Email: steve@harrislawreno.com
Email: norma@harrislawreno.com

Attorneys for South Florida Veterinary Medical Services, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| IN RE: | Case No. BK-26-50580-gs<br>Chapter 11 (Involuntary) |
| EPICA INTERNATIONAL, INC.,<br>a Nevada corporation, | **JOINDER IN INVOLUNTARY PETITION** |
| Alleged Debtor.<br>_____/ | Hearing Date:    June 26, 2026<br>Hearing Time:   10:00 a.m. |

South Florida Veterinary Medical Services, LLC dba Veterinary Dental Services ("**SFVMS**"), an unsecured creditor of Epica International, Inc. (the "**Alleged Debtor**"), hereby joins in the Involuntary Petition filed against the Alleged Debtor on June 4, 2026, pursuant to 11 U.S.C. § 303(c).

## **STATEMENT OF JOINDER**

1.      On June 4, 2026, Devdend LLC, Advanced Imaging, LLC, and Sanjeev Kaila, M.D. (collectively, the "**Petitioning Creditors**") filed an Involuntary Petition under Chapter 11 of the Bankruptcy Code against the Alleged Debtor.

2.      SFVMS is a holder of an unsecured claim against the Alleged Debtor that is not contingent as to liability or the subject of a bona fide dispute as to liability or amount.

3.      SFVMS's claim against the Alleged Debtor arises from the cost of purchasing

1

from the Alleged Debtor an extended 5-yr warranty that the Alleged Debtor has not honored or refunded.

4.    The amount of SFVMS's unsecured claim against the Alleged Debtor is $124,500.

5.    SFVMS's mailing address is 4101 Turtle Creek Drive, Coral Springs, FL 33067.

6.    SFVMS is not an employee or insider of the Alleged Debtor, as those terms are defined in 11 U.S.C. § 101.

7.    SFVMS has not transferred or acquired its claim against the Alleged Debtor for the purpose of commencing an involuntary case.

8.    SFVMS joins in the Involuntary Petition with the same effect as if SFVMS were a petitioning creditor under 11 U.S.C. § 303(b) 11 USCS § 303.

9.    The case against the Alleged Debtor has not been dismissed, and relief has not been ordered as of the date of this Joinder.

## CONCLUSION

SFVMS respectfully requests that this Court accept this Joinder and treat SFVMS as a petitioning creditor in this involuntary case with the same effect as if SFVMS had been an original petitioning creditor under 11 U.S.C. § 303(b).

Respectfully submitted June 28, 2026.

HARRIS LAW PRACTICE LLC

*/s/ Norma Guariglia*
NORMA GUARIGLIA
Counsel for South Florida Veterinary Medical Services, LLC

HARRIS LAW PRACTICE, LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
TELEPHONE:  (775) 786-7600

**VERIFICATION**

I, Javier Fuentes, D.V.M., Manager of South Florida Veterinary Medical Services, LLC, named in the foregoing JOINDER IN INVOLUNTARY PETITION, swear under penalty of perjury that the factual statements stated therein are true and correct to the best of my knowledge, information, and belief.

Dated June 28, 2026.

South Florida Veterinary Medical Services, LLC

_____

By: Javier Fuentes, D.V.M.
Its: Manager

**CERTIFICATE OF SERVICE**

On June 29, 2026, the foregoing document was served via ECF automated system to all parties registered with ECF in this case on the date and time I filed the document with the Court's ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated June 29, 2026.


/s/ Norma Guariglia

_____

Norma Guariglia

HARRIS LAW PRACTICE, LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
TELEPHONE:  (775) 786-7600

4