HARRIS LAW PRACTICE LLC
STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
NORMA GUARIGLIA, ESQ.
Nevada Bar No. 16244
850 E. Patriot Blvd, Suite F
Reno, Nevada 89511
Telephone:  (775) 786-7600
Email: steve@harrislawreno.com
Email: norma@harrislawreno.com

Attorneys for South Florida Veterinary Medical Services, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| IN RE: | Case No. BK-26-50580-gs<br>Chapter 11 (Involuntary) |
| EPICA INTERNATIONAL, INC.,<br>a Nevada corporation, | **CORPORATE OWNERSHIP STATEMENT (FRBP 7007.1)** |
| Alleged Debtor.<br>_____/ | Hearing Date:   N/A<br>Hearing Time: |

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for South Florida Veterinary Medical Services, LLC dba Veterinary Dental Services ("**SFVMS**"), a petitioning creditor herein in the above-captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of SFVMS's equity interests, or states that there are no entities to report under FRBP 7007.1: None.

Respectfully submitted June 29, 2026.

HARRIS LAW PRACTICE LLC

*/s/ Norma Guariglia*
NORMA GUARIGLIA
Counsel for South Florida Veterinary
Medical Services, LLC

HARRIS LAW PRACTICE, LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
TELEPHONE:  (775) 786-7600

1